PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Devon McKenzie                                    Cr.: 2:00CR712-02

Name of Sentencing Judicial Officer: Alfred M. Wolin, U.S. District Judge

Date of Original Sentence: 08/30/01

Original Offense: Conspiracy to Distribute Marijuana

Original Sentence: 40 months imprisonment followed by 5 year term of supervised release.

Type of Supervision: Supervised Release                Date Supervision Commenced: 10/08/03

Assistant U.S. Attorney: William Devancy               Defense Attorney: David Holman, AFPD

### PETITIONING THE COURT

[X]   To issue a warrant
[ ]   To issue a summons

The probation officer alleges that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | On or about February 20, 2006, at North Palm Beach, in Palm Beach County, in the Southern District of Florida, Devon McKenzie a/k/a Leroy Hall, an alien, having previously been removed from the United States on or about January 23, 2004, entered the United States, knowingly and unlawfully, without the approval of the Attorney General of the United States, in violation of Title 8, U.S.C. § 1326(a) and (b)(2). |

2        The offender has violated the supervision condition which states '**The defendant shall cooperate with Immigration and Customs Enforcement to resolve any problems with his status in the United States. The defendant shall provide truthful information and abide by the rules and regulations of Immigration and Customs Enforcement. If deported, the defendant shall not re-enter the United States without the written permission of the Attorney General. If the defendant re-enters the United States, he shall report in person to the nearest U.S. Probation Office within 48 hours.**'

On or before February 22, 2006, Devon McKenzie a/k/a Leroy Hall, failed to report to the nearest U.S. Probation Office within the requisite 48 hours or any time thereafter.

I declare under penalty of perjury that the foregoing is true and correct.

By: James L. Winkler
U.S. Probation Officer
Date: 03/30/06

---

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____
[ ] No Action
[ ] Other

Signature of Judicial Officer

4/28/06
Date