PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision

Offender: Devon McKenzie                                              Cr.: 2:00-CR712-02

PACTS:27901

Name of Sentencing Judicial Officer: ALFRED J. WOLIN

Name of New Judicial Officer: KATHERINE HAYDEN

Date of Original Sentence: 08/30/01

Original Offense: Importation of Marijuana, 21 U.S.C 846 & 21 U.S.C. 841(a)(1)

Original Sentence: Forty months custody, five years supervised release

Type of Supervision: Supervised Release              Date Supervision Commenced: 10/03/03

### PETITIONING THE COURT

[ ] To extend the term of supervision for   Years, for a total term of   Years
[X] To withdraw the petition dated March 30, 2006 and vacate the warrant.

### CAUSE

The US Probation Office will withdraw the petition and, upon completion of sentence, the offender will be turned over to the custody of Immigration and Customs Enforcement for deportation.

Respectfully submitted,

By: Thomas S. Larson
Supervising US Probation Officer

Date: 12/16/08

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above (withdraw petition & vacate warrant)
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer
12/22/08